THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **CLEAVON LAMAR BATTLE,** | : | |
| **Plaintiff,** | : | |
| v. | : | Civil Action |
| | : | No. 5:09-cv-81 (CAR) |
| **TOMMIE L. EDWARDS and TAWANDA BASLEY,** | : | |
| **Defendants.** | : | |
| _____ | : | |

## ORDER ON REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is the Recommendation of the United States Magistrate Judge that Plaintiff's claims against Defendant Tawanda Basley be dismissed. (Doc. 11). Plaintiff has entered an Objection to the Recommendation. Upon review of the Recommendation, of Plaintiff's objections, and of the relevant legal authorities, the Court agrees with the findings of the Recommendation and it is hereby **ADOPTED AND MADE THE ORDER OF THE COURT**. Plaintiff's claims against Defendant Basley do not state a claim upon which relief can be granted, in that a state prisoner "has no constitutionally protected liberty interest in an inmate grievance procedure." See Thomas v. Warner, 237 Fed.Appx. 435, 437 (11th Cir. 2007)(unpublished opinion); Baker v. Rexroad, 159 Fed. Appx. 61, 62 (11th Cir. 2005)(unpublished

opinion)(citing Flick v. Alba, 932 F.2d 728, 729 (4th Cir. 1994)(holding that prison administrative remedy procedures "do not in and of themselves create a liberty interest in access to that procedure," and that "the prisoner's right to petition the government for redress is the right of access to the courts, which is not compromised by the prison's refusal to entertain his grievance").  Accordingly, it is hereby **ORDERED** that Plaintiff's claims against Defendant Tawanda Basley shall be **DISMISSED**.

It is SO ORDERED this 21ST day of July, 2009.

S/ C. Ashley Royal
C. ASHLEY ROYAL, JUDGE
UNITED STATES DISTRICT COURT

chw