**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| **CLEAVON LAMAR BATTLE,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 5:09-CV-81 (MTT) |
| ) | |
| **TOMMIE L. EDWARDS,** *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## ORDER

This case is before the Court on the Recommendation to Dismiss (Doc. 23) (the "Recommendation") of United States Magistrate Judge Claude W. Hicks, Jr. The Magistrate Judge, having reviewed the Defendant's Motion to Dismiss (Doc. 18) (the "Motion"), pursuant to Prisoner Litigation Reform Act, 48 U.S.C. § 1997e(a), recommends granting the Motion because the Plaintiff failed to exhaust his administrative remedies by not submitting an informal grievance. The Plaintiff did not file an objection to the Recommendation. The Court has reviewed the Recommendation, and the Recommendation is adopted and made the order of this Court. The Motion (Doc. 18) is granted.

**SO ORDERED**, this the 10th day of August, 2010.

s/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

jj